UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------x

KEITH D. CANNON,

                    Plaintiff,            **MEMORANDUM & ORDER**
                                            23-cv-6295 (EK)(TAM)
        -against-

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.

--------------------------------------x

ERIC KOMITEE, United States District Judge:

      The Court has received Magistrate Judge Merkl's Report and Recommendation (R&R) dated June 12, 2026.  ECF No. 16. Judge Merkl recommends that "Plaintiff's motion for attorney's fees be granted and that Plaintiff's counsel be awarded $1,402.00 in fees under § 406(b)."  *Id.* at 7.  Neither party has filed objections and the time to do so has expired. Accordingly, the Court reviews Judge Merkl's recommendation for clear error on the face of the record.  *See* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition; *accord* S*tate Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).

      Having reviewed the record, I find no error and therefore adopt the R&R in its entirety.  Thus, plaintiff's counsel's motion for attorney's fees is granted and such fees are awarded in the amount of $1,402.00 pursuant to 42 U.S.C.

§ 406(b).  Plaintiff's counsel is directed to serve a copy of this Order and the docket on Cannon and shall note proof of service on the docket no later than July 7, 2026.


        SO ORDERED.


                              /s/ Eric Komitee
                              ERIC KOMITEE
                              United States District Judge



Dated:    July 2, 2026
          Brooklyn, New York